EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Major Crimes

MICHAEL M. PURPURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: (808) 541-2958
Email: michael.purpura@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 21 2005

at 10 o'clock and 25 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00379 HG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | INFORMATION |
| vs. | ) | |
| | ) | [21 U.S.C. §§ 846; 841(a)(1); |
| GREG HERBERT FRANTZ, (01) | ) | 841(b)(1)(A)] |
| | ) | |
| Defendant. | ) | |

INFORMATION

COUNT 1

The United States Attorney charges:

On or about June 16, 2005, in the District of Hawaii, GREG HERBERT FRANTZ, the defendant, did willfully and unlawfully conspire with other persons known and unknown to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, all

Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

DATED: September 21, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney

_____
RONALD G. JOHNSON
Chief, Major Crimes

_____
MICHAEL M. PURPURA
Assistant U.S. Attorney

United States v. Greg Herbert Frantz
Cr. No. 05-
"Information"