

PETER B. CARLISLE  2209
Prosecuting Attorney
DARRELL J. K. WONG  4154
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7407
FAX:  547-7513
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 3 2006

at 12 o'clock and 51 min. P M
SUE BEITIA, CLERK

LODGED

MAR 10 2006
10:54 am
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00379-HG |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER |
| | ) | REGARDING TEMPORARY TRANSFER |
| v. | ) | OF CUSTODY TO THE STATE OF |
| | ) | HAWAII REGARDING WRIT OF |
| GREG FRANTZ, | ) | HABEAS CORPUS AD |
| | ) | PROSEQUENDUM; EXHIBITS "A AND |
| Defendant. | ) | B"; AND ORDER |
| | ) | |

APPLICATION AND ORDER REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Darrell J. K. Wong, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of GREG FRANTZ from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. GREG FRANTZ, Criminal No. 01-1-2644.

Defendant GREG FRANTZ is now detained in the custody of the United States Marshal Service, District of Hawaii, pending sentencing.

Defendant GREG FRANTZ has a hearing on Motion for Revocation of Probation and Resentencing before the Honorable Michael A. Town, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for April 7, 2006, 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of GREG FRANTZ from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on March 8, 2006, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. GREG FRANTZ, Criminal No. 01-1-2644, Defendant GREG FRANTZ will be returned to the United States Marshal Service, District of Hawaii.

Dated at Honolulu, Hawaii: March 9, 2006.

                    STATE OF HAWAII

                    By PETER B. CARLISLE
                       Prosecuting Attorney

                    By _____
                       DARRELL J. K. WONG
                       Deputy Prosecuting Attorney
                       City and County of Honolulu