5412958  Case 1:05-cr-00379-HG   Document 35-2   Filed 03/13/2006   Page 1 of 1   1/1
US ATTORNEYS OFFIC              09:10:26 a.m.  03-06-2006
MAR-06-2006 MON 07:30 AM PROSECUTING ATTY MISD    FAX NO. 808 527 6471          P. 02

DEPARTMENT OF THE PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

March 6, 2006

Michael Purpura,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

    RE:    State of Hawaii v. Greg Frantz
             Criminal No. 01-1-2644

Dear Mr. Purpura:

    I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person for one day on April 7, 2006. The State of Hawaii will later make arrangements with you for the Defendant's future State court appearances.

    Please sign below if you agree to this request and FAX a copy of this letter to me, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6448.

                                        Very truly yours,

                                        June C. Koja
                                        Paralegal

APPROVED:

Michael Purpura
Assistant United States Attorney

# EXHIBIT "A"