PETER B. CARLISLE 2209
Prosecuting Attorney
DARRELL J. K. WONG 4154
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   547-7407
FAX: 547-7513
Attorneys for State of Hawaii

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 MAR -8 PM 3: 43

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE GREG FRANTZ,<br><br>Defendant. | S. P. NO. 06-1-0098<br>(Cr. No. 01-1-2644)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE MICHAEL A. TOWN, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Darrell J. K. Wong, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.   That GREG FRANTZ has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal No. 01-1-2644;

EXHIBIT "B"

2. That hearing on the Motion for Revocation of Probation and Resentencing in Criminal No. 01-1-2644 is scheduled for April 7, 2006, 8:30 a.m., before the Honorable MICHAEL A. TOWN;

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, <u>Hawaii Revised Statutes</u>.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of GREG FRANTZ to State of Hawaii Officials on April 7, 2006, and at any time or times deemed necessary until the conclusion of Criminal No. 01-1-2644; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant each time, to:

1. bring the said Defendant before the Honorable MICHAEL A. TOWN, Judge of the Circuit Court of the First Circuit, on April 7, 2006, 8:30 a.m.;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 01-1-2644; and thereafter

4.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Dated at Honolulu, Hawaii: March 6, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
DARRELL J. K. WONG
Deputy Prosecuting Attorney
City and County of Honolulu


ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: _____MAR 7 2006_____

_____
MICHAEL A. TOWN
Judge of the above entitled court

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and
STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of GREG FRANTZ, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on April 7, 2006, and at any time or times deemed necessary until the conclusion of Criminal No. 01-1-2644; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1.   bring the said Defendant before the Honorable MICHAEL A. TOWN, Judge of the Circuit Court of the First Circuit, on April 7, 2006, 8:30 a.m.;

2.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii that same day;

3.   bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal No. 01-1-2644; and thereafter

4.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Upon completion of the above and conclusion of Criminal No. 01-1-2644, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable MICHAEL A. TOWN, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this __7__ day of marcH.

_Jennifer Aki_
Clerk, Circuit Court, First Circuit
State of Hawaii

MICHAEL A. TOWN
Judge of the Circuit Court
First Circuit, State of Hawaii