ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the foregoing Application for Temporary Custody to the State of

Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii,

temporarily transfer the physical custody of Defendant GREG FRANTZ to State of Hawaii Officials

at any time or times deemed necessary until the conclusion of State of Hawaii v. GREG FRANTZ,

Criminal No. 01-1-2644.  Upon the conclusion of the case, State of Hawaii officials are to return the

said Defendant back to the United States Marshal Service, District of Hawaii.

Dated: _____3.10.2006_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. GREG FRANTZ
Cr. No. 05-00379-HG
Application and Order Regarding
Temporary Transfer of Custody to the
State of Hawaii Regarding Writ of
Habeas Corpus ad Prosequendum

3