# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 20, 2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR. 05-00379HG |
| CASE NAME: | U.S.A. vs. GREG HERBERT FRANTZ |
| ATTYS FOR PLA: | Thomas C. Muehleck |
| | Terrence Chu, Case Agent, FBI |
| ATTYS FOR DEFT: | Benjamin R.C. Ignacio |
| U.S.P.O.: | Rosanne T. Donohoe |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | April 20, 2006 | TIME: | 2:15 - 2:50 |

COURT ACTION:  SENTENCING TO THE FELONY INFORMATION -

   The defendant is present in custody.
   The Memorandum of Plea Agreement is accepted.

   Allocution by the defendant.

   The Court ordered Mr. Muehleck to investigate and report in writing the incident involving the transportation of the defendant and his sister to the courthouse in the same van during the trial of his sister Dory Frantz, Cr. 05-00419SOM.  The defendant was in the van as a government witness.

   ADJUDGED: Impr of 121 mos.

   SUPERVISED RELEASE: 5 yrs upon the following conditions:

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

Special assessment: $100.
Advised of rights to appeal the sentence, etc.
RECOMMENDATIONS: That the defendant participate in drug treatment, educational and vocational training programs.

The Court does not object to a concurrent sentence imposed against the defendant in the state court case.

Submitted by: David H. Hisashima, Courtroom Manager